UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
———
No. 6:20-cv-00522
———

**Henry Lee Givens,**
*Plaintiff,*

v.

**Tom B. Watson, et al.,**
*Defendants.*
———

### ORDER

Plaintiff Henry Lee Givens, proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. He also filed a motion to proceed in forma pauperis. Doc. 4. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation concluding that plaintiff's complaint should be dismissed with prejudice for purposes of in forma pauperis proceedings pursuant to 28 U.S.C. § 1915(g). Doc. 3.

Plaintiff did not object to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Finding no clear error in the report, the court **accepts** its findings and recommendation. Plaintiff's complaint is **dismissed with prejudice** for purposes of in forma pauperis proceedings pursuant to 28 U.S.C. § 1915(g). Plaintiff may resume his lawsuit if he pays the entire filing fee of $400 within 30 days after the entry of the final judgment.

*So ordered by the court on November 2, 2020.*

———
J. CAMPBELL BARKER
United States District Judge